FILED IN CHAMBERS
U.S.D.C. Atlanta

DEC 0 2 2004

LUTHER D. THOMAS, Clerk
By: _____
        Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

PRE SOLUTIONS, INC., FAMILY
DOLLAR SERVICES, INC., FAMILY
DOLLAR STORES OF FLORIDA,
INC., and HARRY J. GALLETLY,

    Plaintiffs,

v.

EXIGENT USA, INC., a/k/a
EXIGENT TECHNOLOGY, INC.,

    Defendant.

CIVIL ACTION

NO. 1:04-CV-873-RLV

O R D E R

The plaintiffs' unopposed motion to consolidate this action with the related case of Exigent USA, Inc. v. Pre Solutions, Inc., Civil Action No. 1:04-CV-2693-RLV, which was recently transferred from the United States District Court for the Southern District of Florida is GRANTED. Further, since the consolidated actions involve the same patent and substantially the same parties, the defendant's Motion to Quash Service of Process, Vacate Default, and to Dismiss for Lack of Personal Jurisdiction, for Failure to State a Claim, and Due to Prior-Filed Litigation [Doc. No. 4] and the plaintiffs' Motion for Oral Argument [Doc. No. 13] are DISMISSED as moot.

SO ORDERED, this 2nd day of December, 2004.

_____
ROBERT L. VINING, JR.
Senior United States District Judge